IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ZHENGZHOU TUOLUN COMMERCIAL & TRADING CO., LTD, et. al.,<br><br>　　　　　　Defendants. | Case No. 21-cv-05531<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Young B. Kim** |

**FINAL JUDGMENT ORDER**

　　This action having been commenced by Plaintiff Deckers Outdoor Corporation ("Deckers" or "Plaintiff") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases"), and Deckers having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto, with the exception of Defendant Joymaxi (collectively, the "Defaulting Defendants");

　　This Court having entered upon a showing by Deckers, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

　　Deckers having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products that infringe directly and/or indirectly Plaintiff's United States design patent shown in the below chart (the "UGG Design").

| Patent Number | Claim | Issue Date |
|---|---|---|
| D599,999 | [drawing of boot, FIG. 2] | September 15, 2009 |



FIG. 3

FIG. 4   FIG. 5

FIG. 6



THIS COURT FURTHER FINDS that Defaulting Defendants are liable for patent infringement (35 U.S.C. § 271).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. offering for sale, selling and importing any product not authorized by Deckers and that includes any reproduction, copy or colorable imitation of the design claimed in the UGG Design;

b.  aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the UGG Design; and

c.  effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Upon Deckers' request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and DHgate (collectively, the "Third Party Providers") shall within ten (10) business days after receipt of such notice disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the UGG Design.

3. Pursuant to 35 U.S.C. § 289, Deckers is awarded profits from each of the Defaulting Defendants for infringing use of the UGG Design on products sold through at least the Defaulting Defendants' Seller Aliases according to the below chart:

| Defaulting Defendant Seller Alias | Profit Award |
|---|---|
| Heyuan Kepler Electronic Commerce Co., Ltd | $250 |
| Zhengzhou Tuolun Commercial & Trading Co., Ltd | $250 |
| Audury show Store | $250 |
| china well done Store | $341 |
| City of the world Store | $250 |
| Dolakids Shoe Store | $250 |
| Familys Baby's Store Store | $860 |
| GY&YY Store | $250 |
| HEIHUZIDASHU Store | $250 |

| | |
|---|---|
| Light of China Store | $250 |
| MOOKIAPI the frist in the Store | $250 |
| Nanazhou's Store | $250 |
| QINSIR Apparel Store | $250 |
| SECERLI Official Store | $492 |
| Shop5365044 Store | $284 |
| Shop910793024 Store | $330 |
| Shop911292246 Store | $250 |
| Shop911509140 Store | $250 |
| Shop911510218 Store | $250 |
| Shop911510219 Store | $250 |
| shuoguoleilei5188 Store | $250 |
| STRAYDOGGY Store | $250 |
| TMBW Official Store | $250 |
| TMBW The First Store | $250 |
| hongshi | $250 |
| HOPAI | $250 |
| liaochengjingutandianzishangwuyouxiangongsi | $250 |
| meimeimaoyi | $250 |
| Zhengzhou Qiangjin Kemao Co., Ltd. | $250 |
| colerojvf | $250 |
| DawnLopez | $250 |
| dsfdsfdfdg | $250 |
| g55496347 | $250 |
| gaoxiaodong | $250 |
| Guangjia | $250 |
| Juanxingge | $250 |
| Justin's Bridal | $930 |
| Sshoufang | $250 |
| too fashion | $250 |
| x7x7988 | $250 |

4. Deckers may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Alibaba Group Holding Ltd. ("Alibaba"), Ant Financial Services Group ("Ant Financial"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), DHgate, and Amazon Pay, by e-mail delivery to the e-mail addresses Deckers used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, and Amazon Pay, shall, within ten (10) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, and Amazon Pay, are hereby released to Deckers as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, and Amazon Pay, are ordered to release to Deckers the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7. Until Deckers has recovered full payment of monies owed to it by any Defaulting Defendant, Deckers shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, and Amazon Pay, shall within ten (10) business days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in

        Exhibit 2 to the Declaration of Lisa Bereda, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. release all monies, up to the above identified damages award, restrained in Defaulting Defendants' financial accounts to Deckers as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8. In the event that Plaintiff identifies any additional online marketplaces or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Lisa Bereda and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Deckers is hereby released to Deckers or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Deckers or its counsel.

This Court, having determined that there is no just reason for delay, orders that this is a Final Judgment against the Defaulting Defendants.

DATED: January 12, 2022

Elaine E. Bucklo
United States District Judge

**Deckers Outdoor Corporation v. Zhengzhou Tuolun Commercial & Trading Co., Ltd, et al. - Case No. 21-cv-5531**

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | cntuolun.en.alibaba.com | Zhengzhou Tuolun Commercial & Trading Co., Ltd |
| 2 | kebole.en.alibaba.com | Heyuan Kepler Electronic Commerce Co., Ltd |
| 3 | aliexpress.com/store/1459153 | Audury show Store |
| 4 | aliexpress.com/store/1460091 | QINSIR Apparel Store |
| 5 | DISMISSED | DISMISSED |
| 6 | aliexpress.com/store/225409 | GY&YY Store |
| 7 | aliexpress.com/store/2868003 | shuoguoleilei5188 Store |
| 8 | aliexpress.com/store/4427014 | Nanazhou's Store |
| 9 | aliexpress.com/store/4566004 | TMBW The First Store |
| 10 | aliexpress.com/store/4829019 | City of the world Store |
| 11 | aliexpress.com/store/5004139 | MOOKIAPI the frist in the Store |
| 12 | aliexpress.com/store/5004140 | Light of China Store |
| 13 | aliexpress.com/store/5135054 | Dolakids Shoe Store |
| 14 | aliexpress.com/store/5240091 | HEIHUZIDASHU Store |
| 15 | aliexpress.com/store/5241085 | china well done Store |
| 16 | aliexpress.com/store/5365044 | Shop5365044 Store |
| 17 | aliexpress.com/store/5714092 | Familys Baby's Store Store |
| 18 | aliexpress.com/store/822687 | SECERLI Official Store |
| 19 | aliexpress.com/store/910360335 | TMBW Official Store |
| 20 | aliexpress.com/store/910793024 | Shop910793024 Store |
| 21 | aliexpress.com/store/911292246 | Shop911292246 Store |
| 22 | aliexpress.com/store/911509140 | Shop911509140 Store |
| 23 | aliexpress.com/store/911510218 | Shop911510218 Store |
| 24 | aliexpress.com/store/911510219 | Shop911510219 Store |
| 25 | aliexpress.com/store/911898172 | STRAYDOGGY Store |
| 26 | EXCEPTED | EXCEPTED |
| 27 | amazon.com/sp?seller=A1E5REZGSS3WO3 | Zhengzhou Qiangjin Kemao Co., Ltd. |
| 28 | amazon.com/sp?seller=A1UNNJGGZY9ATJ | HOPAI |
| 29 | DISMISSED | DISMISSED |
| 30 | DISMISSED | DISMISSED |
| 31 | amazon.com/sp?seller=A2MDF3F68X9G67 | meimeimaoyi |
| 32 | amazon.com/sp?seller=A2SPDYP9DO5YBS | hongshi |
| 33 | DISMISSED | DISMISSED |

| 34 | DISMISSED | DISMISSED |
|---|---|---|
| 35 | amazon.com/sp?seller=A6Z5V49CRJXK6 | liaochengjingutandianzishangwuyouxiangongsi |
| 36 | DISMISSED | DISMISSED |
| 37 | DISMISSED | DISMISSED |
| 38 | wish.com/merchant/5630920283797a0fec4dec54 | Justin's Bridal |
| 39 | wish.com/merchant/57fb4c41b42ecd1bbbe0b7ce | Guangjia |
| 40 | wish.com/merchant/5b1655247752c86768cba0f3 | gaoxiaodong |
| 41 | wish.com/merchant/5d5baee333f0b41b55f1c211 | x7x7988 |
| 42 | wish.com/merchant/5dbec64be121f54d8bdd1288 | dsfdsfdfdg |
| 43 | wish.com/merchant/5e2124a269792e043404c633 | too fashion |
| 44 | wish.com/merchant/5e892f045a8fcefff94a8bde | DawnLopez |
| 45 | wish.com/merchant/5e9ea9826ea3de8c8c5a23e9 | colerojvf |
| 46 | wish.com/merchant/5f09454029e7860e40b2af95 | Sshoufang |
| 47 | wish.com/merchant/5f6c2f89abbd9d003cf0916a | g55496347 |
| 48 | wish.com/merchant/5f72eb36455f7c3cc270aa7c | Juanxingge |